# COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE: Docket Number - 2023 CA 0555

Lori Lynn Harris Earle

Vs.

Shane Elden Earle

21st Judicial District Court
Livingston Case No.: 162743

On Application for Rehearing filed on 05/31/2024 by Shane Elden Earle

Rehearing  *denied*

_____

Judge Page McClendon

Judge Chris Hester

Judge Steven M. Miller  *by CHH*

McClendon J. dissents and would grant Rehearing to assess costs.

JUN 2 5 2024

Date _____

Rodd Naquin, Clerk